THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent, *v.* BIRD S. COLER, as President of the Borough of Brooklyn, Appellant.

*People ex rel. Brooklyn H. R. R. Co.* v. *Coler*, 131 App. Div. 905, affirmed. (Argued April 27, 1909; decided May 11, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1909, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to issue to the relator a permit to lay tracks on Nostrand avenue in the borough of Brooklyn.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for appellant.

*Edward W. Hatch* and *George D. Yeomans* for respondent.

Order affirmed, with costs ; no opinion.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not voting : VANN, J.